ALFRED H. SIEGEL
21650 OXNARD ST., SUITE 500
WOODLAND HILLS, CA 91367
Telephone: 818-827-9204
Facsimile: 818-337-1938

CHAPTER 7 TRUSTEE

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § | |
| CALCOUNTIES TITLE NATION COMPANY | § § § § | Case No. 2:13-BK-17901 RK |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

A hearing on the Trustee's Final Report and Applications for Compensation will be held at 2:30pm on March 3, 2020, in Courtroom 1675, United States Bankruptcy Court at 255 East Temple Street, Los Angeles CA 90012. Any person wishing to object to any fee application that has not already been approved, or to the Trustee's Final Report, must file a written opposition thereto pursuant to Local Bankruptcy Rule 9013-1 (f) not later than 14 days before the date designated for hearing and serve a copy of the opposition upon the Trustee, any party whose application is being challenged, and the U.S. Trustee. Untimely objections may be deemed waived. In the absence of a timely objection by the U.S. Trustee or any other party in interest, the Court may discharge the Chapter 7 Trustee and close the case without reviewing the Final Report and Account or determining the merits of the Chapter 7 Trustee's certification that the estate has been fully administered. See Federal Rule of Bankruptcy Procedure 5009.

Date Mailed: 01/02/2020          By: /s/ Alfred H. Siegel
                                              Trustee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | | |
|---|---|---|
| In Re: | § § § | |
| CALCOUNTIES TITLE NATION COMPANY | § § § § | Case No. 2:13-BK-17901 RK |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 1,131,446.73 |
| and approved disbursements of | $ | 701,946.99 |
| leaving a balance on hand of[1] | $ | 429,499.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE | $ 27,000.10 | $ 0.00 | $ 27,000.10 |
| Attorney for Trustee Fees: Levene, Neale, Bender, Yoo & Brill LLP | $ 225,000.00 | $ 0.00 | $ 225,000.00 |
| Accountant for Trustee Fees: Grobstein Teeple | $ 32,074.00 | $ 0.00 | $ 32,074.00 |
| Other: CA-790 East Colorado Limited | $ 3,600.00 | $ 0.00 | $ 3,600.00 |
| Other: LEVENE, NEALE, BENDER, YOO & BRILL | $ 6,593.65 | $ 0.00 | $ 6,593.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Grobstein Teeple | $ 388.20 | $ 0.00 | $ 388.20 |

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 294,655.95 |
| Remaining Balance | $ 134,843.79 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 93,445.40 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | United of Omaha Life Ins. Co | $ 1,315.83 | $ 0.00 | $ 1,315.83 |
| 000005 | Robert Guerrero | $ 11,500.00 | $ 0.00 | $ 11,500.00 |
| 000006A | David A Cole | $ 6,732.00 | $ 0.00 | $ 6,732.00 |
| 000011 | Gale Kadota | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| 000017 | Shulman, Jerry Michael | $ 9,000.00 | $ 0.00 | $ 9,000.00 |
| 000018 | Jeri H. Mackay | $ 5,363.00 | $ 0.00 | $ 5,363.00 |
| 000019 | Julian Mackay | $ 10,997.00 | $ 0.00 | $ 10,997.00 |
| 000020 | Allan Pohl | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 000034A | Louise K Oshiro | $ 12,475.00 | $ 0.00 | $ 12,475.00 |
| 000036 | Dennis V Perez | $ 5,909.04 | $ 0.00 | $ 5,909.04 |
| 000037 | Gwen Emanuelson | $ 2,477.32 | $ 0.00 | $ 2,477.32 |
| 000041A | State Board of Equalization | $ 1,024.09 | $ 0.00 | $ 1,024.09 |
| 000043 | Darlene Cherry | $ 2,500.00 | $ 0.00 | $ 2,500.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 46 | Luis Martinez | $ 4,677.12 | $ 0.00 | $ 4,677.12 |
| | Total to be paid to priority creditors | | | $ 93,445.40 |
| | Remaining Balance | | | $ 41,398.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,400,177.10 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Staples, Inc | $ 1,556.96 | $ 0.00 | $ 26.85 |
| 000003 | Pyle Sims Duncan & Stevenson | $ 21,693.13 | $ 0.00 | $ 374.16 |
| 000004 | Michelman & Robinson, LLP | $ 100,046.31 | $ 0.00 | $ 1,725.61 |
| 000007 | LJG EQUITY, LLC | $ 137,372.93 | $ 0.00 | $ 2,369.42 |
| 000008 | Property Insight | $ 51,471.83 | $ 0.00 | $ 887.79 |
| 000009 | Garza Industries, Inc. | $ 35,546.46 | $ 0.00 | $ 613.11 |
| 000012 | Pitney Bowes Incorporated | $ 1,336.58 | $ 0.00 | $ 23.05 |
| 000013 | Pitney Bowes Incorporated | $ 5,863.46 | $ 0.00 | $ 101.13 |
| 000014 | Giora Gardin | $ 1,915.27 | $ 0.00 | $ 33.03 |
| 000016 | American Title, Inc | $ 170,966.70 | $ 0.00 | $ 2,948.85 |
| 000021 | California Dept of Insurance | $ 11,107.34 | $ 0.00 | $ 191.58 |
| 000022 | US Bank NA dba US Bank Equipment Finance | $ 86,738.40 | $ 0.00 | $ 1,496.07 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000023 | Vicenti LLoyd Stutzman LLP | $ 16,952.83 | $ 0.00 | $ 292.40 |
| 000024 | North American Title Company Inc. | $ 200,280.60 | $ 0.00 | $ 3,454.45 |
| 000025 | Westcor Land Title Insurance Company | $ 430,260.48 | $ 0.00 | $ 7,421.16 |
| 000026 | Adeptive Software Corp | $ 26,571.42 | $ 0.00 | $ 458.31 |
| 000027 | Sound Equity, Inc. | $ 556,474.97 | $ 0.00 | $ 9,598.11 |
| 000028 | FedEx Tech Connect Inc as Assignee | $ 8,517.98 | $ 0.00 | $ 146.92 |
| 000029 | Hershorin & Henry LLP | $ 53,756.66 | $ 0.00 | $ 927.20 |
| 000030 | Title Resolution Services, LLC | $ 723.30 | $ 0.00 | $ 12.47 |
| 000032 | Roadrunner Preferred Delivery | $ 25,718.46 | $ 0.00 | $ 443.59 |
| 000033 | Ricardo Vega Jr. | $ 2,000.00 | $ 0.00 | $ 34.50 |
| 000035 | James E. Gottwald | $ 45,000.00 | $ 0.00 | $ 776.16 |
| 000045 | Chicago Title Insurance Company | $ 287,533.70 | $ 0.00 | $ 4,959.40 |
| 34B | Louise K Oshiro | $ 1,162.99 | $ 0.00 | $ 20.06 |
| 41B | State Board of Equalization | $ 168.07 | $ 0.00 | $ 2.90 |
| 6B | David A Cole | $ 370.72 | $ 0.00 | $ 6.39 |
| 31B | WFG Title Insurance Company | $ 119,069.55 | $ 0.00 | $ 2,053.72 |

Total to be paid to timely general unsecured creditors     $     41,398.39

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 15,427.75  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000042 | Glenn H Roder | $ 15,427.75 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Alfred H. Siegel
Trustee

*ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE*
*21650 OXNARD ST*
*SUITE 500*
*WOODLAND HILLS, CA 91367*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.