Alfred H. Siegel
21650 Oxnard St, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9204
Facsimile: (818) 337-1938

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

In re

CALCOUNTIES TITLE NATION COMPANY

Debtor.

) Case No. 2:13-BK-17901-RK
) Chapter 7
)
)
)
)
) REPORT OF TRUSTEE UNDER RULE
) 3010
)
)
)

TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 200061 in the amount of $2.90 representing claims which have dividends that are less than $5.00 and, therefore, the Trustee is remitting the total sums owing to said claims to the Clerk of the United States Bankruptcy Court. A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said dividend is attached.

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 41B | State Board of Equalization<br>Special Operation Branch MIC55<br>PO Box 942879<br>Sacramento, CA 94279-0055 | 168.07 | 2.90 |
| | Total Dividends Under $5.00: | | $2.90 |

Dated: February 22, 2021

_____
ALFRED H. SIEGEL
Chapter 7 Trustee

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

Axos Bank
4350 La Jolla Village Dr., Suite 140, San Diego, CA 92122

Funds Remitted to Court

CHECK NUMBER
200061

| DATE | AMOUNT |
|---|---|
| 02/22/21 | $***********2.90 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 2:13-BK-17901 RK | Debtor: CALCOUNTIES TITLE NATION COMPANY |

Two Dollars And 90/100

PAY TO THE ORDER OF

United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
VOID AFTER 90 DAYS

---

| Date: 02/22/21 | Check Number: 200061 | Amount: 2.90 |
|---|---|---|

Debtor Name: CALCOUNTIES TITLE NATION COMPANY
Case Number: 2:13-BK-17901

Paid To: United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

Description: Funds Remitted to Court

Bank Account Number: 7176200000082

---

| Date: 02/22/21 | Check Number: 200061 | Amount: 2.90 |
|---|---|---|

Debtor Name: CALCOUNTIES TITLE NATION COMPANY
Case Number: 2:13-BK-17901

Paid To: United States Bankruptcy Court
255 East Temple Street
Los Angeles, CA 90012

ALFRED H. SIEGEL, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

Description: Funds Remitted to Court

Bank Account Number: 7176200000082

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document entitled (*specify*):    **Report of Trustee Under Rule 3010** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 22, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Benjamin Blakeman**    , ben@lifeinsurance-law.com
- **Allan Calomino**    calominobklaw@gmail.com
- **Steven Casselberry**    s.casselberry@mpglaw.com, j.jacobs@mpglaw.com
- **Cheryl S Chang**    Chang@Blankrome.com, Hno@BlankRome.com
- **Anthony A Friedman**    aaf@lnbyb.com
- **Zi Chao Lin**    zlin@garrett-tully.com, dcameron@garrett-tully.com;aanim-appiah@garrett-tully.com;mdakinmurele@garrett-tully.com
- **Amy E Martinez**    martineza@rmolawyers.com, hello@rmolawyers.com
- **Kerry A. Moynihan**    kerry@kamlegal.com
- **Tomas A Ortiz**    tortiz@garrett-tully.com
- **William S Shepard**    scott.shepard@msrlegal.com, lisa.king@msrlegal.com
- **Alfred H Siegel (TR)**    Al.siegel@asiegelandassoc.com, Lisa.irving@asiegelandassoc.com;asiegel@ecf.axosfs.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Levi Reuben Uku**    Levireuben@gmail.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **David J Williams**    dwilliams@mrllp.com, creyes@mrllp.com

**Manual Notice List**

**David Cole**

5608 NW 163rd Terrace

Edmond, OK 73013-9429

☐ Service information continued on attached page

1

**2. SERVED BY UNITED STATES MAIL:**
On **February 22, 2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:**
The Honorable Robert Kwan
U.S. Bankruptcy Court
255 E Temple Street, Suite 1682
Los Angeles, CA 90012

US Bankruptcy Court
Attn: Fiscal Dept
255 E Temple Street, Room 1067
Los Angeles, CA 90012
(enclosing check #200061)

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **NA**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached pages

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2021 | LISA IRVING | /s/ Lisa Irving |
|---|---|---|
| *Date* | *Type Name* | *Signature* |